01-2183 MJD/JGL

A CERTIFIED TRUE COPY

JAN 22 2002

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

FILED ENTERED
LODGED RECEIVED

JAN 24 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2002

FILED
CLERK'S OFFICE

***DOCKET NO. 1387***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-20)*

On February 7, 2001, the Panel transferred 13 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 200 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Benson Everett Legg.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Legg.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of February 7, 2001, and, with the consent of that court, assigned to the Honorable Benson Everett Legg.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 22 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

I hereby attest and certify on 1-24-02 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By________________ Deputy

(4)

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

# SCHEDULE CTO-20-TAG ALONG CASES
# DOCKET NO. 1387
# IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION

____FILED ____ENTERED
____LODGED ____RECEIVED

JAN 24 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

| DISTRICT | DIV | CIVIL ACTION# | Case | |
|---|---|---|---|---|
| **IOWA NORTHERN** | | | | |
| IAN | 6 | 01-2072 | Jevne v. Boston Scientific Corp., et al. | L02-243 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 2 | 01-2359 | Richard v. Boston Scientific Corp. | L02-244 |
| LAW | 2 | 01-2360 | Simon, et al. v. Boston Scientific Corp. | L02-245 |
| **MICHIGAN EASTERN** | | | | |
| ~~MIE~~ | ~~4~~ | ~~01-40327~~ | ~~Szczesny v. Meadox Division, et al.~~ | OPPOSED 1/18/02 |
| **MINNESOTA** | | | | |
| MN | 0 | 01-2182 | Carreon v. Boston Scientific Corp. | L02-246 |
| MN | 0 | 01-2183 | Courtney, et al. v. Boston Scientific Corp. | L02-247 |
| MN | 0 | 01-2184 | Davis, et al. v. Boston Scientific Corp. | L02-248 |
| MN | 0 | 01-2185 | Dinkins, et al. v. Boston Scientific Corp. | L02-249 |
| MN | 0 | 01-2186 | Francis, et al. v. Boston Scientific Corp. | L02-250 |
| MN | 0 | 01-2187 | Goetz, et al. v. Boston Scientific Corp. | L02-251 |
| MN | 0 | 01-2188 | Higgins, et al. v. Boston Scientific Corp. | L02-252 |
| MN | 0 | 01-2189 | Gray, et al. v. Boston Scientific Corp. | L02-253 |
| MN | 0 | 01-2190 | Haughey, et al. v. Boston Scientific Corp. | L02-254 |
| MN | 0 | 01-2191 | Ivie v. Boston Scientific Corp. | L02-255 |
| MN | 0 | 01-2192 | Keen v. Boston Scientific Corp. | L02-256 |
| MN | 0 | 01-2193 | Lankford v. Boston Scientific Corp. | L02-257 |
| MN | 0 | 01-2194 | Makin v. Boston Scientific Corp. | L02-258 |
| MN | 0 | 01-2195 | Murray, et al. v. Boston Scientific Corp. | L02-259 |
| MN | 0 | 01-2196 | Pettigrew v. Boston Scientific Corp. | L02-260 |
| MN | 0 | 01-2197 | Morgan v. Boston Scientific Corp. | L02-261 |
| MN | 0 | 01-2198 | Robinson, et al. v. Boston Scientific Corp. | L02-262 |
| MN | 0 | 01-2199 | Strobel, et al. v. Boston Scientific Corp. | L02-263 |
| MN | 0 | 01-2200 | Wallace, et al. v. Boston Scientific Corp. | L02-264 |
| MN | 0 | 01-2201 | McCleod, et al. v. Boston Scientific Corp. | L02-265 |
| MN | 0 | 01-2202 | West v. Boston Scientific Corp. | L02-266 |
| MN | 0 | 01-2203 | Clement, et al. v. Boston Scientific Corp. | L02-267 |
| **NORTH CAROLINA MIDDLE** | | | | |
| NCM | 1 | 01-1072 | Jones, et al. v. Boston Scientific Corp. | L-02-268 |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 7 | 01-9892 | Calvert, et al. v. Boston Scientific Corp. | L-02-269 |
| **OKLAHOMA NORTHERN** | | | | |
| OKN | 4 | 01-870 | Favre, et al. v. Boston Scientific Corp. | L-02-270 |
| **SOUTH CAROLINA** | | | | |
| SC | 4 | 01-4712 | Goldsmith v. Boston Scientific Corp. | L-02-271 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 2 | 01-2983 | Mueller, et al. v. Boston Scientific Corp. | L-02-272 |
| TNW | 2 | 01-2984 | Hayes, et al. v. Boston Scientific Corp. | L-02-273 |